# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 23, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

163310(62)

RCS RECOVERY SERVICES, LLC,
      Plaintiff-Appellant,

v

W. EMERY MATTHEWS, also known as EMERY
MATTHEWS, EMERY W. MATTHEWS,
WILLIAM EMERY MATTHEWS, WILLIE
MATTHEWS, WILLIE E. MATTHEWS, and
WILLIE EMERY MATTHEWS,
      Defendant-Appellee.
_____/

SC: 163310
COA: 351806
Ingham CC: 19-001859-CK

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing his answer to the application for leave to appeal is GRANTED. The answer submitted on August 18, 2021, is accepted as timely filed.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

    August 23, 2021

Clerk